UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. RLL-4745
LOW & LOW, ESQS.
505 Main Street - Suite 304
Hackensack, New Jersey 07601
(201) 343-4040
Attorneys for Debtor(s)

In Re:
Cesar F. Mollo

Order Filed on November 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-12409
Hearing Date: 10/15/25 at 10:00 AM
Judge: TBA
Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: November 10, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Upon the motion of Russell L. Low on behalf of debtor, Cesar F. Mollo, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☒ A Trustee shall be appointed.

   ❏ A Trustee shall not be appointed.

3. ❏ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within  60  days for closing eligibility. The case may be closed upon entry of the discharge.

5. The debtor shall file a Motion to Vacate Dismissal of Case within 7 days of the date of entry of this order or the case will be automatically reclosed.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*

2