UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. RLL-4745
LOW & LOW, ESQS.
505 Main Street - Suite 304
Hackensack, New Jersey 07601
(201) 343-4040
Attorneys for Debtor(s)

In Re:
Cesar F. Mollo

Order Filed on November 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-12409
Hearing Date: 10/15/25 at 10:00 AM
Judge: TBA
Chapter: 13

Recommended Local Form:  ☒ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

DATED: November 10, 2025

Honorable Mark E. Hall
United States Bankruptcy Judge

Upon the motion of _____Russell L. Low on behalf of debtor, Cesar F. Mollo_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☒ A Trustee shall be appointed.

   ❑ A Trustee shall not be appointed.

3. ❑ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within _60_ days for closing eligibility. The case may be closed upon entry of the discharge.

5. The debtor shall file a Motion to Vacate Dismissal of Case within 7 days of the date of entry of this order or the case will be automatically reclosed.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*

2

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12409-MEH |
| Cesar F. Mollo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 10, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

**Recip ID    Recipient Name and Address**
db    + Cesar F. Mollo, 34 Napoleon Street, Newark, NJ 07105-3114

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:**

**Name    Email Address**

Elizabeth L. Wassall
    on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Laura M. Egerman
    on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Phillip D. Berger
    on behalf of Creditor MBC Ventures LLC successor by assignment from IOU Financial, Inc. Berger@BergerLawPC.com

Rebecca K. McDowell
    on behalf of Creditor Atlantic Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Nov 10, 2025 Form ID: pdf903 Total Noticed: 1

Russell L. Low
    on behalf of Debtor Cesar F. Mollo ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Sherri R. Dicks
    on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing sdicks@raslg.com shrdlaw@hotmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8